AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LAKEISHA ELLIS
507B MONTGOMERY STREET
LAUREL, MD 20707

**SUMMONS IN A CIVIL CASE**

V.

GEORGETOWN UNIVERSITY HOSPITAL
3800 RESERVOIR ROAD, NW
ROOM 3CCC
WASHINGTON, DC 20007

Case: 1:08-cv-01174
Assigned To : Bates, John D.
Assign. Date : 7/7/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

GEORGETOWN UNIVERSITY HOSPITAL
3800 RESERVOIR ROAD, NW
ROOM 3CCC
WASHINGTON, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DENISE M. CLARK
1250 CONNECTICUT AVENUE NW
SUITE 200
WASHINGTON, DC 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 0 7 2008
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/21/08 @ 4:00 p.m. |
| NAME OF SERVER *(PRINT)* <br> Alex Hernandez | TITLE <br> Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Georgetown University Hospital c/o Joel Trotter, Authorized Agent. Served at 3800 Reservoir Avenue, N.W., Washington, DC 20007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/21/08
              *Date*

*Signature of Server*

P.O. Box 18647, Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.