UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKEISHA ELLIS )<br>)<br>    Plaintiff, )<br>) <br>v. )<br>)<br>)<br>GEORGETOWN UNIVERSITY HOSPITAL )<br>)<br>    Defendant. )<br>) | Case No. 1:08-cv-01174-JDB<br>Judge John D. Bates |

## **CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Georgetown University Hospital, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Georgetown University Hospital which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this Court may determine the need for recusal.

                Respectfully submitted,

Dated:  August 11, 2008     /s/ Trina L. Fairley
                Keith J. Harrison (D.C. Bar # 464755)
                Trina L. Fairley (D.C. Bar # 464102)
                Christopher P. Calsyn (D.C. Bar # 500198)
                CROWELL & MORING
                1001 Pennsylvania Avenue, N.W.
                Washington, DC 20004
                (202) 624-2500 (telephone)
                (202) 628-5116 (fax)

                *Counsel for Defendant*
                *Georgetown University Hospital*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 11th day of August 2008, I caused a copy of the foregoing CERTIFICATE REQUIRED BY LCvR 7.1 to be delivered via electronic mail in accordance with the U.S. District Court for the District of Columbia's Rules of Civil Procedure to the following individual::

>Denise Clark
>The Law Offices of Denise M. Clark
>1250 Connecticut Ave., Suite 200
>Washington, DC 20036
>(202) 293-0015
>dmclark@benefitcounsel.com
>
>Counsel for Plaintiff

>s/ Trina L. Fairley
>Trina L. Fairley