UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKEISHA ELLIS ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGETOWN UNIVERSITY HOSPITAL ) <br> ) <br>    Defendant. ) <br> ) | Case No. 1:08-cv-01174-JDB <br> Judge John D. Bates |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of the undersigned as additional counsel for Defendant, Georgetown University Hospital, in the above-captioned matter.

                                                          Respectfully submitted,

Dated: August 12, 2008                    /s/ Trina L. Fairley
                                                     Trina L. Fairley (D.C. Bar # 464102)
                                                       CROWELL & MORING
                                                     1001 Pennsylvania Avenue, N.W.
                                                     Washington, DC 20004
                                                     (202) 624-2500 (telephone)
                                                     (202) 628-5116 (fax)

                                                     *Counsel for Defendant*
                                                     *Georgetown University Hospital*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 12th day of August 2008, I caused a copy of the foregoing ENTRY OF APPEARANCE to be delivered via electronic mail in accordance with the U.S. District Court for the District of Columbia's Rules of Civil Procedure to the following individual:

>Denise Clark
>The Law Offices of Denise M. Clark
>1250 Connecticut Ave., Suite 200
>Washington, DC 20036
>(202) 293-0015
>dmclark@benefitcounsel.com
>
>Counsel for Plaintiff

>/s/ Trina L. Fairley
>Trina L. Fairley